JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **NICHOLAS J. PEREZ,** | ) | NO. CV 15-6436-KS |
| **Plaintiff,** | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| **CAROLYN W. COLVIN**, Acting Commissioner of Social Security, | ) ) | |
| **Defendant.** | ) | |
| _____ | ) | |

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: April 15, 2016

_____
KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

1